IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| GLADYS L. AARON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 109-123 |
| | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. The R&R recommends that this case should be remanded for proper consideration of all medical opinions of record due to the failure of the Administrative Law Judge ("ALJ") to state with particularity the weight given to the opinion of Plaintiff's treating physician, Dr. Henderson. (Doc. no. 15, pp. 7-8.) The Commissioner's objection presents nearly identical arguments to those asserted in his brief (see doc. no. 14) and claims that remand for clarification of Dr. Henderson's status as a treating physician and a more explicit rationale for rejecting her opinion would be a "fruitless exercise." (Doc. no. 19, p. 12.)

Despite the Magistrate Judge's recommendation and the Commissioner's own acknowledgment that the ALJ should have stated with particularity the weight that he gave to Dr. Henderson's opinion (id. at 11-12), the Commissioner is once again arguing for this

Court to conduct an administrative review that was not conducted in the first instance by the Commissioner through the ALJ. However, the Magistrate Judge correctly found that such a review would be inappropriate. (Doc. no. 15, p. 8.) Therefore, this Court declines the invitation of the Commissioner to leapfrog the administrative function and make a conclusive determination regarding the effect of the Dr. Henderson's opinion prior to a full consideration of the record.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration in accordance with this opinion.

SO ORDERED this 7th day of January, 2011, at Augusta, Georgia.

HONORABLE J. RANDALL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT O F GEORGIA